UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

MISTY MARIE LAVONDA ROBERTSON,    CASE NO.: 21-40156-KKS
                                  CHAPTER: 7
　　Debtor.
_____/

### ORDER DENYING, WITHOUT PREJUDICE, *SECOND CORRECTED MOTION FOR RELIEF FROM STAY FILED BY ELIZABETH M. FREDERICK* (ECF No. 25)

THIS MATTER is before the Court on the *Second Corrected Motion for Relief from Stay file by Elizabeth M. Frederick* ("Motion," ECF No. 25). Because Creditor has not demonstrated proper service in accordance with Fed. R. Bankr. P. 7004(b)(9) made applicable by Fed. R. Bankr. P. 9014(b), it is

ORDERED: The Motion is DENIED, without prejudice.

DONE and ORDERED on ___July 7, 2021_____.

_____
Karen K. Specie
Chief U. S. Bankruptcy Judge

cc: all parties in interest

SK